UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. GUTIERREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>F. FOULK,<br><br>　　　　　Respondent. | No. 2:13-cv-1530 KJN P<br><br><br><u>ORDER</u> |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

　　　　The application attacks a conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

　　　　Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

　　　　1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

////

////

////

1

1     2.  This matter is transferred to the United States District Court for the Central District of
2  California.
3  Dated:  August 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7  guti1530.108